IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-01685-RBJ-BNB

ESTHER CAPRA, and
PRISCILLA DOMENECH,

Plaintiffs,

v.

ROCKY MOUNTAIN S.E.R./JOBS FOR PROGRESS, INC., a Colorado nonprofit corporation,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before December 15, 2014, the parties shall file a stipulation or motion to dismiss with prejudice.

Dated November 20, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge