IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01685-RBJ-BNB

ESTHER CAPRA and
PRISCILLA DOMENECH,

    Plaintiffs,

v.

ROCKY MOUNTAIN S.E.R./JOBS FOR PROGRESS, INC., a Colorado nonprofit corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 27], and

THE COURT having reviewed that Stipulation, and being fully advised in the premises,

ORDERS that this action shall be, and hereby is, dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 16th day of December, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1